UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. mj-04-m-200-JLA |
| ) | |
| GERALD NASTARI ) | |
| Defendant ) | |

**GOVERNMENT'S MOTION TO UNSEAL**

The government hereby moves to unseal the complaint, affidavit in support thereof, and arrest warrant in the above referenced matter. As grounds therefor, the government states that the subject of the arrest warrant has been charged and is ready to appear in this Court, and that the public disclosure of the information contained in said documents will no longer jeopardize an ongoing criminal investigation.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
SETH P. BERMAN
Assistant U.S. Attorney

SO ORDERED:

/S/ Joyce London Alexander
_____
JOYCE LONDON ALEXANDER
United States Magistrate Judge

Date: February 11, 2004

ALEXANDER, M.J.
Electronic ORDER entered on 2/11/04
Deputy Clerk _____