AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF \_\_\_\_\_MASSACHUSETTS\_\_\_\_\_

UNITED STATES
V.
GERALD NASTARI

**EXHIBIT AND WITNESS LIST**

Case Number: MJ04-M-200 JLA

| PRESIDING JUDGE<br>ALEXANDER | PLAINTIFF'S ATTORNEY<br>SETH BERMAN | DEFENDANT'S ATTORNEY<br>PAGE KELLY |
|---|---|---|
| TRIAL DATE (S)<br>02/13/04 | COURT REPORTER<br>DIGITAL RECORDER | COURTROOM DEPUTY<br>REX BROWN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 2/13/04 | direct | | GARY S. CACACE, S/A FBI |
| 1 | | 2/13/04 | X | X | COMPLAINT & AFFIDAVIT OF GARY S. CACACE, S/A FBI |
| 2 | | 2/13/04 | X | X | BOOKING PHOTO OF DEFENDENT WITH 2/11/04 ARREST DATE |
| 3 | | 2/13/04 | X | X | 5/24/04 PHOTO OF DEFENDENT WITH 9:29 TIME |
| 4 | | 2/13/04 | X | X | 5/24/04 PHOTO OF DEFENDENT WITH 9:28 TIME |
| 5 | | 2/13/04 | X | X | PHOTO OF DEFENDENT BLOW UP OF PHOTO WITH 9:28 TIME PHOTO |
| 6 | | 2/13/04 | X | X | PHOTO OF DEFENDENT BLOW UP OF PHOTO WITH 9:28 TIME PHOTO |
| X | | 2/23/04 | cross | | GARY S. CACACE, S/A FBI |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| Defendant Name | DOB | SSN | Race | Gender | Arrest Date |
|---|---|---|---|---|---|
| Nastari, Gerald J | 03/19/1957 | | White | Male | 02/11/2004 |

Case 1:04-cr-10161-PBS    Document 6    Filed 02/13/2004    Page 2 of 6



Front

Side














