UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 04 CR 10161 PBS |
| ) | CRIMINAL NO. |
| v. ) | FILED |
| ) | In Open Court |
| GERALD NASTARI ) | USDC, Mass. |
| | Date 5-25-04 |
| | By _____ |
| | Deputy Clerk |

## WAIVER OF INDICTMENT

Defendant GERALD NASTARI, after having been advised of the nature of the felony charge in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

_____
GERALD NASTARI

_____
PAGE KELLEY, Esq.
Attorney for Defendant

Date: 5/25/04