UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10161-PBS |
| | ) | |
| GERALD NASTARI | ) | |

<u>Assented-To Motion to Continue Sentencing</u>

Defendant Gerald Nastari hereby moves this Court for a continuance of his sentencing hearing that has been set in this matter for Tuesday, August 17, 2004 at 2:00 to any date after Tuesday, September 28.  In support of this motion counsel states that she requires the additional time to obtain a transcript of the plea hearing and to evaluate whether the defendant will move for a downward departure.

The Assistant United States Attorney in this case, Seth Berman, is out of the country, but his supervisor, James Lang, has stated that he has no objection to this motion.

GERALD NASTARI
By his attorney,


/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061