# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
| ) | |
| V. ) | VIOLATION: |
| ) | 18 U.S.C. §2113(d) |
| GERALD NASTARI ) | Bank Robbery |

INFORMATION

COUNT ONE:    (18 U.S.C. § 2113(d) - Bank Robbery)

The Grand Jury charges that:

On or about May 24, 2003, at Woburn, in the District of Massachusetts,

GERALD NASTARI,

defendant herein, working with another individual, did, by force and violence and by intimidation, take from the person and presence of employees of Fleet Bank, 2 Cummings Park, Woburn, Massachusetts, money in the amount of $40,541.07 and checks totaling $26,244.13, more or less, belonging to and in the care custody, control, management and possession of said Fleet Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation; and in committing the aforesaid offense,

GERALD NASTARI,

working with another individual, did assault and put in jeopardy the lives of other persons by the use of a dangerous weapon, namely an item that appeared to be a firearm.

All in violation of Title 18, United States Code, Sections 2113(d) and Section 2.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

By:
                        SETH P. BERMAN
                        Assistant U.S. Attorney