UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>GERALD NASTARI )<br>) | CRIMINAL NO. 04-10161-01 PBS |

### DEFENDANT'S MOTION TO SEAL AND IMPOUND

Pursuant to Local Rule 7.2, defendant moves that the Court seal and impound the attached document.

GERALD NASTARI
By his attorney,

*/s/ Page Kelley*
Page Kelley
   B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I, Page Kelley, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Seth Berman by delivery on August 13, 2004.

*/s/ Page Kelley*
Page Kelley