UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

GERALD NASTARI

CRIMINAL ACTION
NO.  04-10161-PBS

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                               August 27, 2004

    TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Sealed Motion on **September 9, 2004**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel