

**David Dybdal MD, PhD**

September 17, 2004

Hon. Judge Patti B. Saris
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02110

Dear Judge Saris,

    Gerald Nastari was formerly my patient in the outpatient psychopharmacology clinic at Massachusetts General Hospital. His attorney, Assistant Federal Defender Page Kelley, has contacted me concerning his present situation and asked me to write this letter to you.

    If Mr. Nastari were to be released pending his sentencing, I would be willing to see him and treat him for his psychiatric problems. Theoretically, I would be able to see him and make recommendations about his medication regimen in one visit. However, assuming he is able to follow the medication regimen that I prescribe, I would best be able to optimize his medication regimen if I could follow up with him over the course of 3-6 weeks after our initial appointment to follow his response to meds, monitor for side effects, and adjust accordingly.

    Sincerely,

    /s/David J. Dybdal
    David J. Dybdal, M.D., Ph.D.
    Massachusetts General Hospital
    Department of Psychiatry
    WACC 812, 15 Parkman St
    Boston, MA 02114
    VM 617-724-5001 #134-0411