UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10161-01 PBS |
| ) | |
| GERALD NASTARI ) | |
| ) | |

### DEFENDANT'S SECOND MOTION TO BE RELEASED PENDING SENTENCING

Defendant, Gerald Nastari, respectfully submits the attached letter from his former doctor, as requested by the Court at his September 9, 2004 hearing on his first motion to be released pending sentencing.  The letter, from Dr. David Dybdal, M.D., of Massachusetts General Hospital, states that Dr. Dybdal will treat Mr. Nastari if the Court releases him.  As the letter also states, however, releasing Mr. Nastari for a matter of a day or two would not be an effective way to treat his mental illness, because Dr. Dybdal needs to see Mr. Nastari for follow-up treatment.  Further, if Dr. Dybdal sees Mr. Nastari and prescribes medications, and Mr. Nastari then returns to custody at Plymouth County Correctional Facility, the medical unit there will not continue the medications prescribed by Dr. Dybdal.

The defendant thus asks that the Court release Mr. Nastari for a matter of three to six weeks, as suggested by Dr. Dybdal, so that Mr. Nastari can see Dr. Dybdal, begin taking his prescribed medications, and then have follow-up treatment with Dr. Dybdal to monitor his progress.  Mr. Nastari asks that the Court release him pending his sentencing, presently scheduled for October 1, 2004, and then either continue the sentencing for approximately two weeks, or hold the sentencing hearing as scheduled but allow Mr. Nastari to self-report to the Bureau of Prisons fourteen days after sentencing.

Mr. Nastari therefore requests that the Court release him on conditions under 18 U.S.C. § 1342(c), to the custody of his wife, Lucille Nastari, to live with her at her home at 100 Crystal Avenue, Revere, Massachusetts. The Court has the authority to release Mr. Nastari under 18 U.S.C. § 3143, as Mr. Nastari is not a danger to any person or the community nor is he likely to flee. See defendant's first motion to be released, filed under seal.

GERALD NASTARI
By his attorney,

 /s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061