UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.         )<br>)<br>GERALD NASTARI         ) | Case No. 04-CR-10161-PBS |

**JOINT MOTION OF THE PARTIES FOR A STATUS CONFERENCE**

The parties request a status conference to be held on Thursday, September 23, 2003 before 1pm or after 3 pm to discuss Defendant's Second Motion to be Released Pending Sentence ("Defendant's Motion"). The parties seek the status conference to update the Court on new, confidential information that may impact the Courts determination of whether to grant Defendant's Motion.

Respectfully submitted,

| | |
|---|---|
| GERALD NASTARI<br>By His Attorney | MICHAEL J. SULLIVAN<br>United States Attorney<br><br>By: |
| /s/ Page Kelley<br>PAGE KELLEY, ESQ.<br>Attorney for Defendant<br>(617) 223-8061 | /s/ Seth P. Berman<br>SETH P. BERMAN<br>Assistant U.S. Attorney<br>(617) 748-3385 |

Dated: September 21, 2004