UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10161-PBS

v.

GERALD NASTARI

**NOTICE OF STATUS CONFERENCE**

SARIS, U.S.D.J.                                                                                      September 23, 2004

     Please take notice that a Status Conference has been **scheduled** for **September 27, 2004, at 4:00 p.m.** in Courtroom #19, 7th Floor, United States District Court, 1 Courthouse Way, Boston, Massachusetts.

By the Court,

  /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel