UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.      ) | CRIMINAL NO. 04-10161-01 PBS |
| ) | |
| GERALD NASTARI  ) | |
| ) | |

### DEFENDANT'S MOTION TO FILE UNDER SEAL

Defendant, Gerald Nastari respectfully moves to file the attached document under seal.

GERALD NASTARI
By his attorney,

*Page Kelley*
Page Kelley
B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I, Page Kelley, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Seth Berman and U.S. Probation Officer Susan Walls by delivery on October 20, 2004.

*Page Kelley*
Page Kelley