**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**UNITED STATES OF AMERICA**


           **v.**                      **CRIMINAL NO.  04-10161-PBS**

  **GERALD NASTARI**
       **Defendant**


**MEMORANDUM OF SENTENCING HEARING**
**AND**
**REPORT OF STATEMENT OF REASONS**


**Saris, D.J.**



     Counsel and the defendant were present for sentencing hearing on
_____10/25/04_____.  The matters set forth were reviewed and
considered.  The reasons for sentence pursuant to Title 18 U.S.C. 3553(c), as
set forth herein, were stated in open court.


    1.      Was the presentence investigation report (PSI) reviewed by counsel
           and defendant including any additional materials received
           concerning sentencing?

                 __X__ yes     _____ no

    2.(a)    Was information withheld pursuant to FRCrP
           32(c)(3)(A)?

                 _____ yes    __X__ no

      (b)    If yes to (a), has summary been provided by the court
           pursuant to FRCrP 32(c)(3)(B)?

                 _____ yes    _____ no    N/A

    3.(a)    Were all factual statements contained in the PSI
           adopted without objection?

                 _____ yes    __X__ no

      (b)    If no to (a) the PSI was adopted in part with the
           exception of the following factual issues in dispute:

   (c)     Disputed issues have been resolved as follows after
          ___ evidentiary hearing, ___ further submissions
         and/or ___ arguments:

4.(a)    Are any legal issues in dispute?

              __X__ yes    _____ no

       If yes, describe disputed issues and their resolution:

5.(a)    Is there any dispute as to guideline applications
        (such as offense level, criminal history category,
        fine or restitution) as stated in the PSI?

              __X__ yes    _____ no

       If yes, describe disputed areas and their resolution:

     DEFENDANTS DISPUTES (1) THE FINDING THAT HE BRANDISHED A FIREARM
PURSUANT TO § 2B3.1(b); (2) THE AMOUNT OF LOSS TO THE BANK; AND ARGUES (3)
THAT BLAKELY INVALIDATES THE GUIDELINES ENHANCEMENTS.

     WITHOUT OPPOSITION FROM THE GOVERNMENT, I ACCEPT THE FIRST TWO
OBJECTIONS.

    (b)    Tentative findings as to applicable guidelines are:

          Total Offense Level: _____23_____

          Criminal History Category:_____I_____

      __46__ to __57__ months imprisonment

      __36__ to __60__ months supervised release

    $__12,500_____ to $_125,000_____ fine

               (plus $_____ cost of
                imprisonment/supervision)

    $__66,785.20*____ restitution

    $__100.00_____ special assessment ($_____ on
                         each of counts _____)

   * RESTITUTION PAYABLE TO FLEET BOSTON FINANCIAL.

6.(a)    Are there any legal objections to tentative findings?

              __X__ yes    _____ no

    (b)      If no, findings are adopted by the Court.

    (c)      If yes, describe objections and how they were addressed:

OR sentence hearing is continued to _____ to allow for preparation of oral argument or filing of written submission by _____.

    7.(a)    Remarks by counsel for defendant.[1]

             __X__ yes    _____ no

    (b)      Defendant speaks on own behalf.

             __X__ yes    _____ no

    (c)      Remarks by counsel for government.

             __X__ yes    _____ no

    8.(a)    The sentence will be imposed in accordance with the prescribed forms in the Bench Book Sec. 5.02 as follows:

        ___46___ months imprisonment WITH A RECOMMENDATION TO FT. DEVENS FOR MENTAL HEALTH TREATMENT

        _____ months/intermittent community confinement

        _____ months probation

        ___36___ months supervised release

    $ ___None___ fine (including cost of imprisonment/supervision)

    $ __66,788.20__ restitution * PAYABLE TO FLEET BOSTON FINANCIAL

    $ ___100.00___ special assessment ($_____ on each of counts _____)

    Other provisions of sentence: (community service, forfeiture, etc.):

      - MENTAL HEALTH AND DRUG COUNSELING
      - STANDARD FINANCIAL CONDITIONS

    (b)      After imposing sentence, the Court has advised the defendant of the defendant's right to appeal within 10 days of the entry of judgment in accordance with FRCrP 32(a)(2).

---

[1] The order of argument and/or recommendation and allocution may be altered to accord with the Court's practice.

9.      Statement of reasons for imposing sentence.
        Check appropriate space.

(a) _X_ Sentence is within the guideline range and that range does not
        exceed 24 months and the Court finds no reason to depart from
        the sentence called for by application of the guidelines.


OR      ___ Sentence is within the guideline range and that range exceeds
        24 months and the reason for imposing the selected sentence are:

    I WOULD ADOPT THE SAME SENTENCE EVEN IF THE GUIDELINES ARE INVALID UNDER
BLAKELY v. WASHINGTON.


(b)___ Sentence departs from the guideline range as a result of:


        ___ substantial cooperation upon motion of the government

OR

        ___ a finding that the following (aggravating or mitigating)
        circumstance exists that is of a kind or degree not adequately
        taken into consideration by the Sentencing Commission in
        formulating the guidelines and that this circumstance should
        result in a sentence different from that described by the
        guidelines for the following reasons:


(c)___ Is restitution applicable in this case?

            _X_ yes    _____ no

    Is full restitution imposed?

            _X_ yes    _____ no

    If no, less than full restitution is imposed for the
    following reasons:


(d)___ Is a fine applicable in this case?

            _X_ yes    _____ no

    Is the fine within the guidelines imposed?

            _____ yes    _X_ no

    If no, the fine is not within guidelines or no fine is
    imposed for the following reasons:

    ___ Defendant is not able, and even with the use
        of a reasonable installment schedule is not
        likely to become able, to pay all or part of
        the required fine; OR

    ___ Imposition of a fine would unduly burden the

4

defendant's dependents; OR

  X   Other reasons as follows:

RESTITUTION IS HIGH.


10.      Was a plea agreement submitted in this case?

                 X   yes         no

Check appropriate space:

_____ The Court has accepted a Rule 11(e)(1)(A) charge agreement because it is satisfied that the agreement adequately reflects seriousness of the actual offense behavior and accepting the plea agreement will not undermine the statutory purposes of sentencing.

 X  The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that is within the applicable guideline range.

_____ The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that departs from the applicable guideline range because the Court is satisfied that such a departure is authorized by 18 U.S.C. 3553(b).


11.      Suggestions for guideline revisions resulting from this case are submitted by an attachment to this report.

                 yes    X   no


12.      The PSI is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S. Probation Department under seal unless required for appeal.

13.      Judgment will be prepared by the clerk in accordance with above.

14.      The clerk will provide this Memorandum of Sentencing Hearing And Report on Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.


 

_____            S/PATTI B. SARIS
Date                       United States District Judge