

# MEMORANDUM

**To:** Honorable Patti B. Saris, U.S. District Court Judge

**From:** September-Lee Brown, U.S. Pretrial Services Officer

**Re:** NASTARI, Gerald
CR#04-10161-001PBS

**Date:** November 17, 2004

On November 16, 2004, Mr. Gerald Nastari appeared in the Pretrial Services Office and submitted to a drug test utilizing the Test Cup which resulted positive for cocaine.

Mr. Nastari denied any use of cocaine or illegal drugs. The urine sample has been forwarded to Scientific Testing Laboratories, Inc., Richmond, VA., under sample #C00583585 for reconfirmation. Appended to this memorandum is the chain of custody form sent with the urine sample to Scientific Testing Laboratories.

This is being provided to Your Honor for whatever action you deem necessary.

SLB

Attach\

cc: Seth Berman, AUSA
    Page Kelley, Federal Defender

Reviewed by:

Vangie Cuascut, Supervising
U.S. Pretrial Services Officer