UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v.   ) | CRIMINAL NO. 04-10161-01 PBS |
| ) | |
| GERALD NASTARI   ) | |
| ) | |

ASSENTED-TO MOTION TO DISCHARGE BOND AND RETURN CASH

    Defendant Gerald Nastari respectfully moves this Court to authorize the discharge of the $10,000 bond, secured by $1,000 cash, that secured his release from custody on September 27, 2004, so that the Clerk's Office may return the $1,000 cash to the defendant's family.  As grounds for this motion, counsel states that on November 22, 2004, the defendant was taken into custody and began serving his sentence in the above-numbered case.

    Assistant United States Attorney Seth Berman has no objection to this motion.

    GERALD NASTARI
    By his attorney,

      /s/ Page Kelley
    Page Kelley
      B.B.O. #548237
    Federal Defender Office
    408 Atlantic Avenue, 3rd Floor
    Boston, MA  02110
    Tel: 617-223-8061

Date: November 29, 2004