◉AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

UNITED STATES OF AMERICA

V.

GERALD NASTARI

**WARRANT FOR ARREST**

Case Number: 04-CR-10161-PBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **GERALD NASTARI** _____
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   x Violation   ☐ Probation Violation Petition

charging him or her      (brief description of offense)

Violation of condition of pretrial release.

RECEIVED
2004 NOV 22  A 10: 56
U.S. MARSHAL SERVICE
BOSTON, MA

in violation of _____ United States Code, Section(s) _____

Saris, USDJ, by Robert C. Alba
Name of Issuing Officer

[signature: Robert C. Alba]
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

November 22, 2004 at Boston, Massachusetts
Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant
OVERRULED - EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF
DEFENDANT ON    11/23/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |