UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.   04-10161-PBS

v.

GERALD NASTARI

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                              July 12, 2006

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Government's Sealed Motion on **July 20, 2006**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                      By the Court,

                      _/s/ Robert C. Alba_
                      Deputy Clerk

Copies to:  All Counsel