

# MEMORANDUM

DATE: 3/20/07

TO: The Honorable Patti B. Saris
U. S. District Court Judge

FROM: Lisa Dube
U.S. Probation Officer

SUBJECT: **NASTARI, Gerald**
**Docket 04CR10161-001**
**RESTITUTION PAYMENT**

This memorandum serves as notification of Mr. Nastari's inability to pay restitution in accordance with the Administrative Office Monograph 114.

Ms. Nastari suffers with anxiety and depression, for which he is prescribed medication. He is currently unable to work and has applied for social security disability benefits. His application is pending.

The Probation Office has no objection to suspending the establishment of a monthly restitution schedule until Mr. Nastari's financial status changes. If the Court is in agreement, please advise by signing below.

Reviewed and approved by:

_____
Joseph LaFratta
Supervising U. S. Probation Officer

_____
The Honorable Patti B. Saris
U. S. District Court Judge
Date: 3/23/07